Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Robert McDonald

# UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| Robert McDonald,<br>         Plaintiff,<br><br>     v.<br><br>Law Offices of David Green,<br><br>         Defendant. | Case No.: 2:10-cv-01646-ECV<br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Robert McDonald, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: November 19, 2010                     KROHN & MOSS, LTD.


                                                                  By:/s/ Ryan Lee
                                                                       Ryan Lee
                                                                       Attorneys for Plaintiff
                                                                       Robert McDonald